**MARGULIES WIND**
A Professional Corporation
Harborside Plaza 10
3 Second Street, Suite 1201
Jersey City, New Jersey 07311-3988
(201)333-0400
REM-0499
Attorneys for Plaintiff

**SANTORE & KENNY**
Attorneys at Law
300 Harmon Meadow Boulevard
Fourth Floor - Suite 425
Secaucus, N.J. 07094
(201)319-8888
LJS-7365
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| COSTA PERCHEM,<br>                  Plaintiff,<br>v.<br>K. HOVNANIAN ACQUISITIONS, INC., a corporation of the State of New Jersey, MACE Consulting Engineers, P.C., a corporation of the State of New Jersey, N.L., PARAGANO Associates, a corporation of the State of New Jersey, CARL E. DENZLER, P.E., a corporation of the State of New Jersey, the TOWNSHIP OF WASHINGTON, a Municipal Corporation of the State of New Jersey; JOHN DOES (1-10) and A, B and C corporations (1-10),<br>                  Defendants. | Hon. Peter G. Sheridan<br><br>Case No. 07-4193 (PGS-ES)<br><br>**STIPULATION OF DISMISSAL**<br><br>*So Ordered*<br>*[signature] Peter Sheridan*<br>*5/15/08* |

THE MATTER in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the complaint is hereby dismissed without costs as to all parties;

**AS TO DEFENDANT K. HOVNANIAN ACQUISITIONS, INC.** this dismissal is with prejudice as to (a) the entirety of Counts 1, 4, 5, 6, 9 and 10, (b) any and all other federal claims asserted or that could have been asserted in this action, including but not limited to those in Counts 2 and 7, and (c) any claims under the State RICO statute; and

It is further stipulated between Plaintiff and Defendant K. Hovnanian Acquisitions, Inc. that all other State law claims, including but not limited to State law claims set forth in Counts 2, 3 and 8 are dismissed without prejudice and, if not barred by an applicable statute of limitations, are reserved;

It is further stipulated that Defendant K. Hovnanian dismisses without prejudice and without costs all cross-claims but reserves any and all rights it has or may have, whether asserted yet or not, to raise cross-claims, counterclaims and/or third-party claims as well as defenses to cross-claims counterclaims and/or third-party claims against any and all parties;

**AS TO DEFENDANT TOWNSHIP OF WASHINGTON** this dismissal is with prejudice as to (a) the entirety of Counts 1, 4, 5, 9 and 10, (b) any and all other federal claims asserted or that could have been asserted in this action, including but not limited to those in Counts 2 and 7, and (c) any claims under the State RICO statute; and

It is further stipulated between Plaintiff and Defendant Township of Washington that all other State law claims, including but not limited to State law claims set forth in Counts 2, 3, 6 and 8 are dismissed without prejudice and, if not barred by an applicable statute of limitations, are reserved;

It is further stipulated that Defendant Township of Washington dismisses without prejudice and without costs all cross-claims but reserves any and all rights it has or may have, whether

asserted yet or not, to raise cross-claims, counterclaims and/or third-party claims as well as defenses to cross-claims counterclaims and/or third-party claims against any and all parties;

**AS TO DEFENDANTS MACE CONSULTING ENGINEERING, P.C., N.L. PARAGANO ASSOCIATES AND CARL E. DENZLER, P.E.** it is stipulated that the Complaint is dismissed with prejudice and without costs and all cross-claims and defenses are dismissed without prejudice and without costs, it being expressly understood on the part of defendants that they reserve any and all rights pertaining to cross-claims and/or third-party claims, whether yet asserted or not, as well as defenses to cross-claims and/or third-party claims, again whether yet asserted or not.

**MARGULIES WIND, P.A.**
Attorneys for Plaintiff

BY: ROBERT E. MARGULIES

**SANTORE & KENNY**
Attorneys for Plaintiff

BY: LOUIS J. SANTORE

**PORZIO BROMBERG & NEWMAN, P.C.**
Attorneys for N.J. Paragano Associates

BY: C. JOHN DeSIMONE, III

**CHASAN, LEYNER & LAMPARELLO, PC**
Attorneys for Carl E. Denzler, P.E.

BY: JORDAN S. FRIEDMAN

DATED: May 2, 2008

**GIORDANO, HALLERAN & CIESLA**
Attorneys for K. Hovnanian Acquisitions, Inc.

BY: PAUL H. SCHNEIDER

**GEBHARDT & KIEFER**
Attorneys for Township of Washington

BY: LORRAINE C. STAPLES

**TESSER & COHEN**
Attorneys for Mace Consulting Engineers,

BY: ROBERT BENNETT

Case 2:07-cv-04193-PGS-ES Document 64 Filed 05/15/08 Page 4 of 9 PageID: 916
Case 2:07-cv-04193-PGS-ES Document 63-2 Filed 05/14/2008 Page 4 of 9
05-09-2008 13:40 SANTOREANDKENNYESQS 2013308580 PAGE2

asserted yet or not, to raise cross-claims, counterclaims and/or third-party claims as well as defenses to cross-claims counterclaims and/or third-party claims against any and all parties;

AS TO DEFENDANTS MACE CONSULTING ENGINEERING, P.C., N.L. PARAGANO ASSOCIATES AND CARL E. DENZLER, P.E. it is stipulated that the Complaint is dismissed with prejudice and without costs and all cross-claims and defenses are dismissed without prejudice and without costs, it being expressly understood on the part of defendants that they reserve any and all rights pertaining to cross-claims and/or third-party claims, whether yet asserted or not, as well as defenses to cross-claims and/or third-party claims, again whether yet asserted or not.

| | |
|---|---|
| **MARGULIES WIND, P.A.**<br>Attorneys for Plaintiff | **GIORDANO, HALLERAN & CIESLA**<br>Attorneys for K. Hovnanian Acquisitions, Inc. |
| BY: ROBERT E. MARGULIES | BY: PAUL H. SCHNEIDER |
| **SANTORE & KENNY**<br>Attorneys for Plaintiff | **GEBHARDT & KIEFER**<br>Attorneys for Township of Washington |
| BY: LOUIS J. SANTORE | BY: LORRAINE C. STAPLES |
| **PORZIO BROMBERG & NEWMAN, P.C.**<br>Attorneys for N.J. Paragano Associates | **TESSER & COHEN**<br>Attorneys for Mace Consulting Engineers, |
| BY: C. JOHN DeSIMONE, III | BY: ROBERT BENNETT |
| **CHASAN, LEYNER & LAMPARELLO, PC**<br>Attorneys for Carl E. Denzler, P.E. | |
| BY: JORDAN S. FRIEDMAN | |

DATED: May 2, 2008

Case 2:07-cv-04193-PGS-ES  Document 64  Filed 05/15/08  Page 5 of 9 PageID: 917
Case 2:07-cv-04193-PGS-ES  Document 63-2  Filed 05/14/2008  Page 5 of 9

05/05/2008 14:33 FAX 2013331110          Margulies Wind Herringto                    ☒005

asserted yet or not, to raise cross-claims, counterclaims and/or third-party claims as well as defenses to cross-claims counterclaims and/or third-party claims against any and all parties;

AS TO DEFENDANTS MACE CONSULTING ENGINEERING, P.C., N.J. PARAGANO ASSOCIATES AND CARL E. DENZLER, P.E. it is stipulated that the Complaint is dismissed with prejudice and without costs and all cross-claims and defenses are dismissed without prejudice and without costs, it being expressly understood on the part of defendants that they reserve any and all rights pertaining to cross-claims and/or third-party claims, whether yet asserted or not, as well as defenses to cross-claims and/or third-party claims, again whether yet asserted or not.

**MARGULIES WIND, P.A.**
Attorneys for Plaintiff

BY: ROBERT E. MARGULIES

**SANTORE & KENNY**
Attorneys for Plaintiff

BY: LOUIS J. SANTORE

**PORZIO BROMBERG & NEWMAN, P.C.**
Attorneys for N.J. Paragano Associates

BY: C. JOHN DeSIMONE, III

**CHASAN, LEYNER & LAMPARELLO, PC**
Attorneys for Carl E. Denzler, P.E.

BY:  JORDAN S. FRIEDMAN

DATED: May 2, 2008

**GIORDANO, HALLERAN & CIESLA**
Attorneys for K. Hovnanian Acquisitions, Inc.

BY: PAUL H. SCHNEIDER

**GEBHARDT & KIEFER**
Attorneys for Township of Washington

BY: LORRAINE C. STAPLES

**TESSER & COHEN**
Attorneys for Mace Consulting Engineers,

BY: ROBERT BENNETT

Case 2:07-cv-04193-PGS-ES   Document 64   Filed 05/15/08   Page 6 of 9 PageID: 918
Case 2:07-cv-04193-PGS-ES   Document 63-2   Filed 05/14/2008   Page 6 of 9
CHASAN LEYNER         Fax:201-348-6633         May 13 2008 03:09pm   P004/004

asserted yet or not, to raise cross-claims, counterclaims and/or third-party claims as well as defenses to cross-claims counterclaims and/or third-party claims against any and all parties;

AS TO DEFENDANTS MACE CONSULTING ENGINEERING, P.C., N.J. PARAGANO ASSOCIATES AND CARL E. DENZLER, P.E. it is stipulated that the Complaint is dismissed with prejudice and without costs and all cross-claims and defenses are dismissed without prejudice and without costs, it being expressly understood on the part of defendants that they reserve any and all rights pertaining to cross-claims and/or third-party claims, whether yet asserted or not, as well as defenses to cross-claims and/or third-party claims, again whether yet asserted or not.

MARGULIES WIND, P.A.
Attorneys for Plaintiff

BY: ROBERT E. MARGULIES

SANTORE & KENNY
Attorneys for Plaintiff

BY: LOUIS J. SANTORE

PORZIO BROMBERG & NEWMAN, P.C.
Attorneys for N.J. Paragano Associates

BY: C. JOHN DeSIMONE, III

CHASAN, LEYNER & LAMPARELLO, PC
Attorneys for Carl E. Denzler, P.E.

BY: JORDAN S. FRIEDMAN

DATED: May 2, 2008

GIORDANO, HALLERAN & CIESLA
Attorneys for K. Hovnanian Acquisitions, Inc.

BY: PAUL H. SCHNEIDER

GEBHARDT & KIEFER
Attorneys for Township of Washington

BY: LORRAINE C. STAPLES

TESSER & COHEN
Attorneys for Mace Consulting Engineers,

BY: ROBERT BENNETT

Case 2:07-cv-04193-PGS-ES  Document 64  Filed 05/15/08  Page 7 of 9 PageID: 919
Case 2:07-cv-04193-PGS-ES  Document 63-2  Filed 05/14/2008  Page 7 of 9
Received at: 2:22PM, 5/2/2008
05/02/2008 13:23 FAX 2013331110    Margulies Wind Herringto    ☒005/008

asserted yet or not, to raise cross-claims, counterclaims and/or third-party claims as well as defenses to cross-claims counterclaims and/or third-party claims against any and all parties;

AS TO DEFENDANTS MACE CONSULTING ENGINEERING, P.C., N.L. PARAGANO ASSOCIATES AND CARL E. DENZLER, P.E. it is stipulated that the Complaint is dismissed with prejudice and without costs and all cross-claims and defenses are dismissed without prejudice and without costs, it being expressly understood on the part of defendants that they reserve any and all rights pertaining to cross-claims and/or third-party claims, whether yet asserted or not, as well as defenses to cross-claims and/or third-party claims, again whether yet asserted or not.

| | |
|---|---|
| **MARGULIES WIND, P.A.**<br>Attorneys for Plaintiff | **GIORDANO, HALLERAN & CIESLA**<br>Attorneys for K. Hovnanian Acquisitions, Inc. |
| BY: ROBERT E. MARGULIES | BY: PAUL H. SCHNEIDER |
| **SANTORE & KENNY**<br>Attorneys for Plaintiff | **GEBHARDT & KIEFER**<br>Attorneys for Township of Washington |
| BY: LOUIS J. SANTORE | BY: LORRAINE C. STAPLES |
| **PORZIO BROMBERG & NEWMAN, P.C.**<br>Attorneys for N.J. Paragano Associates | **TESSER & COHEN**<br>Attorneys for Mace Consulting Engineers, |
| BY: C. JOHN DeSIMONE, III | BY: ROBERT BENNETT |
| **CHASAN, LEYNER & LAMPARELLO, PC**<br>Attorneys for Carl E. Denzler, P.E. | |
| BY:    JORDAN S. FRIEDMAN | |

DATED: May 2, 2008

asserted yet or not, to raise cross-claims, counterclaims and/or third-party claims as well as defenses to cross-claims counterclaims and/or third-party claims against any and all parties;

**AS TO DEFENDANTS MACE CONSULTING ENGINEERING, P.C., N.L. PARAGANO ASSOCIATES AND CARL E. DENZLER, P.E.** it is stipulated that the Complaint is dismissed with prejudice and without costs and all cross-claims and defenses are dismissed without prejudice and without costs, it being expressly understood on the part of defendants that they reserve any and all rights pertaining to cross-claims and/or third-party claims, whether yet asserted or not, as well as defenses to cross-claims and/or third-party claims, again whether yet asserted or not.

**MARGULIES WIND, P.A.**
Attorneys for Plaintiff

BY: ROBERT E. MARGULIES

**SANTORE & KENNY**
Attorneys for Plaintiff

BY: LOUIS J. SANTORE

**PORZIO BROMBERG & NEWMAN, P.C.**
Attorneys for N.J. Paragano Associates

BY: C. JOHN DeSIMONE, III

**CHASAN, LEYNER & LAMPARELLO, PC**
Attorneys for Carl E. Denzler, P.E.

BY: JORDAN S. FRIEDMAN

DATED: May 2, 2008

**GIORDANO, HALLERAN & CIESLA**
Attorneys for K. Hovnanian Acquisitions, Inc.

BY: PAUL H. SCHNEIDER

**GEBHARDT & KIEFER**
Attorneys for Township of Washington

BY: LORRAINE C. STAPLES

**TESSER & COHEN**
Attorneys for Mace Consulting Engineers,

BY: ROBERT BENNETT

asserted yet or not, to raise cross-claims, counterclaims and/or third-party claims as well as defenses to cross-claims counterclaims and/or third-party claims against any and all parties;

AS TO DEFENDANTS MACE CONSULTING ENGINEERING, P.C., N.I. PARAGANO ASSOCIATES AND CARL E. DENZLER, P.E. it is stipulated that the Complaint is dismissed with prejudice and without costs and all cross-claims and defenses are dismissed without prejudice and without costs, it being expressly understood on the part of defendants that they reserve any and all rights pertaining to cross-claims and/or third-party claims, whether yet asserted or not, as well as defenses to cross-claims and/or third-party claims, again whether yet asserted or not.

**MARGULIES WIND, P.A.**
Attorneys for Plaintiff

BY: ROBERT E. MARGULIES

**SANTORE & KENNY**
Attorneys for Plaintiff

BY: LOUIS J. SANTORE

**PORZIO BROMBERG & NEWMAN, P.C.**
Attorneys for N.J. Paragano Associates

BY: C. JOHN DeSIMONE, III

**CHASAN, LEYNER & LAMPARELLO, PC**
Attorneys for Carl E. Denzler, P.E.

BY:   JORDAN S. FRIEDMAN

DATED: May 2, 2008

**GIORDANO, HALLERAN & CIESLA**
Attorneys for K. Hovnanian Acquisitions, Inc.

BY: PAUL H. SCHNEIDER

**GEBHARDT & KIEFER**
Attorneys for Township of Washington

BY: LORRAINE C. STAPLES

**TESSER & COHEN**
Attorneys for Mace Consulting Engineers,

BY: ~~ROBERT BENNETT~~
GARY STRON G